OFFICE OF DISCIPLINARY COUNSEL _v._ GWYN.

[Cite as _Disciplinary Counsel v. Gwyn_ (1994), 71 Ohio St.3d 8.]

(No. 94–1371—Submitted August 17, 1994—Decided November 16, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin E. Mathews, Jr.,* Assistant Disciplinary Counsel, for relator.

*Mark H. Aultman,* for respondent.

---

*Per Curiam.* After careful review of the record, we adopt the board's findings of misconduct and its recommendation. Accordingly, Peter D. Gwyn is hereby publicly reprimanded for having violated DR 1–102(A)(4) and 6–101(A)(3). Costs taxed to respondent.

*Judgment accordingly.*

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., dissents and would suspend respondent for one year, stayed on the condition of no further misconduct.